# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MS. TERRY KEEBAUGH,

       Plaintiff,       **SCHEDULING ORDER**

  -against-          18 Civ. 12126 (CS)(JCM)

INTERNATIONAL BUSINESS MACHINES
CORP.,

       Defendant.
-------------------------------------------------------X

TO ALL PARTIES:

The conference scheduled for May 6, 2020 at 11:00 a.m. before Magistrate Judge Judith C.

McCarthy will be held through a teleconferencing service. Counsel shall call the following number

at the time of the conference:

  <u>Toll-Free Number</u>: 877-873-8017
  <u>Access Code</u>: 4264138

Dated: April 14, 2020
    White Plains, New York

          **SO ORDERED:**

          _____
          JUDITH C. McCARTHY
          United States Magistrate Judge