# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8338
mwlampe@JonesDay.com

July 30, 2020

VIA EMAIL
The Honorable Judith C. McCarthy
U.S. Magistrate Judge, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St., White Plains, NY 10601-4105

Re:   Keebaugh v. IBM; No. 7:18-cv-12126 (CS) (JCM)

Dear Judge McCarthy:

We write on behalf of both parties to request that the Court grant the parties a 45-day stay of applicable case deadlines so that the parties can engage in mediation. The parties wish to preserve resources in order to facilitate the settlement process. Accordingly, the parties propose that the case be stayed from today until September 13, 2020.

The parties propose that the following deadlines apply after the stay if the mediation is unsuccessful:

- The parties' document discovery deadline shall be September 20, 2020. This deadline applies to production of documents that were requested at least 30 days prior to June 30, 2020. There will be no new document requests aside from documents identified through deposition testimony or requests based on document productions made on or after July 2, 2020, including, but not limited to, document productions made after today's date.
- The parties' deadline to supplement disclosures shall be made by September 20, 2020.
- Depositions and any follow-up document discovery arising from depositions are to be completed by November 23, 2020.
- The deadline for the parties to bring any disputes to the Court concerning Plaintiff's request to depose Ginni Rometty is October 23, 2020.
- Any other dates contained in the operative Civil Case Management Plan and Scheduling Order (Dkt. 89) that are conditioned on the dates set forth above will move accordingly (i.e. the deadline for the parties to meet and confer on a schedule for expert discovery will be 30 days before the deposition deadline of November 23, 2020).

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Page 2

The parties also propose that the status conference currently scheduled for August 5 be adjourned, and that the parties submit a status report to the court by September 13, 2020.

If this request meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience. If the Court so orders, the parties will submit a revised scheduling order for the Court's approval.

Respectfully submitted,

s/ Matthew W. Lampe
Matthew W. Lampe

Cc: All counsel of record

SO ORDERED.

Dated: New York, New York
July 31, 2020

_____
JUDITH C. McCARTHY
United States Magistrate Judge