UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MS. TERRY KEEBAUGH,

                         Plaintiff,                    **ORDER**

-against-                                18 Civ. 12126 (CS)(JCM)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

                        Defendant.
-------------------------------------------------------------X

      On October 27, 2020, the parties submitted a letter, under seal, requesting that the Court extend the stay in this matter until November 25, 2020 and that all other deadlines likewise be extended 30 days. (Docket No. 97). This request is granted.

      Accordingly, (1) the stay will remain in place until November 25, 2020; (2) the deadline for depositions and any follow-up document discovery arising from depositions will be extended from December 4, 2020 to January 4, 2021; (3) the deadline for the parties to bring any disputes to the Court concerning Plaintiff's request to depose Ginni Rometty will be extended from October 28, 2020 to November 30, 2020; and (4) any other dates contained in the Civil Case Management Plan and Scheduling Order (Docket No. 94) that are conditioned upon the dates set forth above are moved accordingly.

Dated: October 28, 2020
       White Plains, New York

                                                 **SO ORDERED:**

                                                 _____
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge