UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRY KEEBAUGH<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>　　　　　　　　Defendant. | Case No. 7:18-cv-12126 (CS) (JCM) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Terry Keebaugh and Defendant International Business Machines Corporation, through their undersigned counsel, who are authorized to execute this Stipulation, hereby dismiss the above-captioned action as against Defendant, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Dated:  November 12, 2020

Attorneys for Plaintiff:

By: *Anne C Vladeck / JI*

Anne C. Vladeck
Debra L. Raskin
Jeremiah Iadevaia
Thomas Bellifemine
Vladeck, Raskin & Clark P.C.
565 Fifth Avenue, 9th Floor
New York, NY 10017

- 2 -

Attorneys for Defendant:

By: /s/ Matthew W. Lampe
Matthew W. Lampe
Kristina A. Yost
Erika D. Cagney
JONES DAY
250 Vesey Street
New York, New York 10281